CLIFFORD R. BURGESS ET AL. *v.* THOMAS L. BONGE
ET AL.

The plaintiffs' motion to dismiss the appeal from the Court of Common Pleas in Fairfield County is granted.

*Jonathan D. Kantrowitz,* for the appellees (plaintiffs).

No appearance for the defendants.

Argued February 6—decided February 6, 1973

MAUREEN J. WOJICK *v.* EDWARD A. WOJICK

The plaintiff's motion for judgment in the appeal from the Superior Court in Windham County is denied and it is ordered that the case be assigned for hearing in the March 1973 Term.

*Herbert A. Lane,* for the appellee (plaintiff).

*James W. Sherman,* for the appellant (defendant).

Argued February 6—decided February 6, 1973

JANNIE LANGS *v.* JOHN F. HARDER, COMMISSIONER OF WELFARE

The plaintiff's motion for permission to file typewritten briefs in the appeal from the Superior Court in Hartford County is denied.

*Paul W. Orth,* in support of the motion.